# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**In re:**

**Case Number** 22−30056−KRH
**Chapter** 7
**Judge** Kevin R. Huennekens

Michael Gregory Wilson
12733 STORROW RD
HENRICO, VA 23233

**SSN:** xxx−xx−4486    **EIN:** NA

## CLERK'S NOTICE OF PRESUMED ABUSE
## UNDER 11 U.S.C. § 707(b)(2)

   Insufficient information was filed with the petition in the above captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing. Additional information subsequently filed by the debtor indicates that a presumption of abuse has arisen under § 11 U.S.C. 707(b)(2).

   Creditors may have the right to file a motion to dismiss the case under § 11 U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated:  February 23, 2022

William C. Redden
Clerk of Court

(clkntcabuse)

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 22-30056-KRH
Michael Gregory Wilson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User: baumgartn  Page 1 of 2
Date Rcvd: Feb 23, 2022  Form ID: clkntcab  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Gregory Wilson, 12733 STORROW RD, HENRICO, VA 23233-7658 |
| 15822219 | + | ARS, 12916 Old Stage Rd., Chester, VA 23836-2542 |
| 15822220 | | AT&T, Attn: Bankruptcy Dept., PO Box 5074, Carol Stream, IL 60197-5074 |
| 15822216 | | Affiliated Acceptance Corp., Attn: BK Dept., PO Box 79001, Sunrise Beach, MO 65079-0000 |
| 15822217 | + | Amanda Padula-Wilson, 12513 Amershire Ln., Glen Allen, VA 23059-6917 |
| 15822221 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., Attn: BK Dept., PO Box 982234, El Paso, TX 79998-2234 |
| 15822224 | + | Credit Corp Solutions, Inc., Attn: BK Dept., 600 W 7th St., Los Angeles, CA 90017-3842 |
| 15822225 | + | Discover Bank, Attn: Bankruptcy Debt, PO Box 30416, Salt Lake City, UT 84130-0416 |
| 15822227 | + | Freddie Mac, Attn: BK Dept., 6200 S. Quebec St., Englewood, CO 80111-4720 |
| 15822229 | | Henrico GDC - Civil, PO Box 90775, 4309 East Parham Road, Henrico, VA 23273-0775 |
| 15822233 | + | Sls/equity, Attn: Bankruptcy, 8742 Lucent Blvd., Highlands Ranch, CO 80129-2302 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15822218 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:43:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15822222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:43:52 | Citibank N.A., Attn: BK Dept., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15822223 | | Email/Text: bankruptcy@henrico.us | Feb 24 2022 00:38:00 | County of Henrico, PO Box 90775, Henrico, VA 23273-0755 |
| 15822314 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 00:37:00 | DEPARTMENT OF THE TREASURY-IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15822226 | + | Email/Text: dplbk@discover.com | Feb 24 2022 00:38:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15822228 | | Email/Text: specialhandling@glasserlaw.com | Feb 24 2022 00:37:00 | Glasser and Glasser, PLC, PO Box 3400, Norfolk, VA 23514-0000 |
| 15822232 | + | Email/PDF: pa_dc_claims@navient.com | Feb 24 2022 00:43:31 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15822313 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Feb 24 2022 00:37:00 | US Attorney, Suntrust Building, 919 East Main Street, Suite 1900, Richmond, VA 23219-4622 |
| 15822234 | | Email/Text: bkr@taxva.com | Feb 24 2022 00:38:00 | VA Dept. of Taxation, Office of Customer Services, P.O. Box 1115, Richmond, VA 23218-1115 |

TOTAL: 9

Case 22-30056-KRH    Doc 38    Filed 02/25/22    Entered 02/26/22 00:19:33    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0422-7 | User: baumgartn | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: clkntcab | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15822230 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Attn: Bankruptcy, 400 N. Eighth St, Richmond, VA 23219-0000 |
| 15822231 | * | IRS, Attn: Bankruptcy, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony L. White | on behalf of Debtor Michael Gregory Wilson awhite@alwhitelaw.com r54179@notify.bestcase.com;anthonylwhitelaw@gmail.com;paralegal@alwhitelaw.com;office@alwhitelaw.com |
| Jennifer J. West | jjw_trustee@spottsfain.com jjwest@ecf.axosfs.com;jjw@trustesolutions.net |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Shannon Pecoraro | on behalf of U.S. Trustee John P. Fitzgerald III Shannon.pecoraro@usdoj.gov, june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov |

TOTAL: 4