**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:

MICHAEL GREGORY WILSON          Case No.: 22-30056-KRH
                                               Chapter 13

         Debtor

## DEBTOR'S OBJECTION TO CLAIM #1

COMES NOW, Michael G. Wilson, (the "Debtor"), by counsel, pursuant to 11 U.S.C. § 502(a) and Bankruptcy Rule 3007, and for his Objection to Claim #1, and states as follows:

1. The Debtor hereby objects to claim #1 filed by Amanda C. Padula-Wilson on the grounds:

   a. That Debtor denies owing Amanda C. Padula-Wilson Domestic Support Obligations in the amount stated in her claim.

WHEREFORE, the Debtor respectfully requests that this objection be sustained, that the aforesaid claim be disallowed in its entirety, and for such other relief as the Court deems appropriate.

                                                            MICHAEL G. WILSON
                                                            By Counsel

By: /s/ Anthony L. White
Anthony L. White, VSB #88090
ANTHONY L WHITE, PLLC
5030 SADLER PL, SUITE 204
GLEN ALLEN, VA 23060
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Objection by first class mail, postage prepaid:

Suzanne Wade, Trustee

Amanda Padula-Wilson
12513 Amershire Lane
Glen Allen, VA 23059

James H. Wilson
4860 Cox Rd., Ste 200
Glen Allen, VA 23060
Counsel for Creditor

                                                  /s/ Anthony L. White
                                                  Anthony L. White, VSB #88090

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:

MICHAEL GREGORY WILSON                    Case No.:  22-30056-KRH
                                          Chapter 13

    Debtor

**NOTICE OF OBJECTION TO CLAIM**

The above Debtor(s) has filed papers with the Court to request an order granting an objection to your claim.

**Your rights may be affected.  Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to eliminate or change your claim, then within thirty (30) days of service of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written response to the objection and a request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. **Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim**. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

  Clerk of Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, VA  23219

You must also mail a copy to:

  Anthony L. White, Esquire
  5030 Sadler Place, Ste 204
  Glen Allen, VA 23060

- Attend a hearing scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

        MICHAEL G. WILSON
        By Counsel

By: /s/ Anthony L. White
Anthony L. White, VSB #88090
ANTHONY L WHITE, PLLC
5030 SADLER PL, SUITE 204
GLEN ALLEN, VA 23060
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Objection by first class mail, postage prepaid:

Suzanne Wade, Trustee

Amanda Padula-Wilson
12513 Amershire Lane
Glen Allen, VA 23059

James H. Wilson
4860 Cox Rd., Ste 200
Glen Allen, VA 23060
Counsel for Creditor

        /s/ Anthony L. White
        Anthony L. White, VSB #88090