UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                      :
    MICHAEL GREGORY WILSON,    :
                                            :
                Debtor.    : Case No: 22-30056
                                  : Chapter 13

**MOTION TO ALLOW CLAIM AND REQUEST FOR HEARING**

Creditor Amanda Padula-Wilson, by counsel, objects to Debtor's Objection to Claim #1 ("Objection"), moves this court to allow her claim, and requests a hearing. The Debtor's Objection erroneously disregards one of the two bases for the total support obligation owed to Amanda Padula-Wilson.

                                                    AMANDA PADULA-WILSON
                                                    By Counsel

Date: July 12, 2022

<u>/s/James H. Wilson, Jr.</u>
James H. Wilson, Jr.
Counsel for Amanda Padula-Wilson
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA 23060
(804) 740-6464

PROOF OF SERVICE

    I certify that I have this 12th day of July, 2022, served by ECF or first-class mail, postage prepaid this Motion on the following parties:

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Dr., Ste. 202
Richmond, VA 23226

Anthony L. White, Esq.
P.O. Box 4665
Glen Allen, VA  23060

United States Trustee
701 E. Broad Street, #4304
Richmond, VA  23219

                /s/ James H. Wilson, Jr.
                James H. Wilson, Jr., VSB No: 27878
                Counsel for Amanda Padula-Wilson

James H. Wilson, Jr., VSB No: 27878
Counsel for Amanda Padula-Wilson
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

2