**James Wilson <jameswilson29@gmail.com>**

---

## Fwd: What I owe you

2 messages

---

**Mandy Wilson** <mwpadula@gmail.com>                                    Mon, Jun 20, 2022 at 11:16 AM
To: James Wilson <jameswilson29@gmail.com>

Jim,

I received this email from Mike this am.  He sent another email last week that is pages long about how I was destroying his reputation with Judge Huennukas.  I never saw it until today, because he sent it to an email that I don't use.  Then my daughter asked me why I wasn't responding to dads emails and I saw this and the other email when I went on that email.

Let me know how much you anticipate your total fees will be per his email below.

Mandy

Sent from my iPad

Begin forwarded message:

> **From:** Mandy Wilson <mwilson@parentalrightslawcenter.com>
> **Date:** June 20, 2022 at 11:08:32 AM EDT
> **To:** mwpadula@gmail.com
> **Subject: Fwd: What I owe you**
>
>
> Sent from my iPad
>
> Begin forwarded message:
>
> > **From:** michaelgwilson <michaelgwilson@zohomail.com>
> > **Date:** June 20, 2022 at 6:47:47 AM EDT
> > **To:** mwilson <mwilson@parentalrightslawcenter.com>
> > **Subject: What I owe you**
> >
> >
> > Mandy,
> >
> > I'm sorry, I was wrong.  You were right with your numbers, or close enough that it's not worth arguing about.  Let me know, either directly or through the lawyers, how much in legal fees you've incurred and I'll make sure they're included.  Sorry again for dragging you into this, but at least there's now a process to get you repaid.
> >
> > -Mike

---

**James Wilson** <jameswilson29@gmail.com>                                    Tue, Jun 21, 2022 at 6:56 AM
To: Mandy Wilson <mwpadula@gmail.com>

Mandy,

I have billed you so far for $1,914 fees and costs.  I have accrued 1.8 hours at $300 an hour for another $480 not yet billed, so the total as of this moment is $2,394.

Best regards,
Jim Wilson
*************************************************
James H. Wilson, Jr.
Attorney & Counsellor at Law
By appt. only:
4860 Cox Road, Suite 200
Glen Allen, VA 23060
804-740-6464
jameswilson29@gmail.com
Website
Bankruptcy Divorce blawg
Divorce Adultery blawg
Wills and Probate blawg
Twitter account
*************************************************

[Quoted text hidden]